UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL TYRONE HAMPTON,<br><br>    Defendant. | No. 2:16-cr-00211-GEB-1<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LARRY D. HAMPTON, III,<br><br>    Defendant. | No. 2:17-cr-00009-MCE-1 |

On January 12, 2017, the United States of America filed a "Notice of Related Cases" in which it states:

> In United States v. Michael Hampton, Case No. 2:16-cr-00211 GEB, the defendant, Michael Hampton, has plead guilty to an Information charging him with trafficking in counterfeit goods in violation of [18 U.S.C. § 2320(a)(1)]. It is alleged in the Information, and confirmed in a plea agreement, that Mr. Hampton imported counterfeit goods from China and sold them, as well as order[ed] and [sold] counterfeit goods to resellers. Larry D. Hampton, III, is Michael Hampton's nephew, and was a co-conspirator with Michael Hampton and others who are currently in negotiations with the

> government to resolve their cases arising out of the same facts and transactions. As alleged in the Indictment, Larry D. Hampton, III knowingly received, transported, and paid for the counterfeit goods in conjunction with Michael Hampton and others.

(ECF No. 8.)

Examination of the above-entitled cases reveals they are related within the meaning of Local Rule 123. Under the regular practice of this court, a later filed related case is generally assigned to the judge to whom the first filed case is assigned. Therefore, action 2:17-cr-00009-MCE-1 is reassigned to the undersigned judge. Henceforth the caption for future filings on the reassigned case shall show the initials "GEB".

The Clerk of the Court shall make appropriate adjustment in the assignment of cases as a result of this reassignment.

Dated: January 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge