PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00211-GEB |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| MICHAEL TYRONE HAMPTON, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael Tyrone Hampton it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b)(1), defendant Michael Tyrone Hampton's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Three (3) pairs of Bose in-ear headphones;
   b. Seventy-One (71) Coach belts;
   c. One (1) pair of Coach sandals;
   d. Nineteen (19) Coach purses;
   e. Twelve (12) Coach wallets
   f. Two (2) Coogi shirts;
   g. One (1) Dolce & Gabbana purse;
   h. One (1) Ed Hardy sweatshirt;
   i. Eighteen (18) Gucci belts;
   j. Two (2) Gucci hats;
   k. One (1) pair of Gucci sunglasses;
   l. Nineteen (19) Gucci wallets;
   m. One (1) Juicy Couture purse;

1

      n. One (1) pair of Juicy Couture sweatpants;
      o. One (1) Juicy Couture sweatshirt;
      p. One (1) Lacoste shirt;
      q. One (1) Louis Vuitton hat;
      r. Two (2) Louis Vuitton scarves;
      s. One (1) Louis Vuitton jacket;
      t. Ten (10) Louis Vuitton purses;
      u. Thirty-six (36) Louis Vuitton wallets;
      v. One (1) pair of LRG jeans;
      w. One hundred thirty-nine (139) New Era MLB hats;
      x. Three (3) New Era NBA hats;
      y. Nineteen (19) Monster hats;
      z. One (1) Hardwood Classics NBA hat;
      aa. Two hundred sixty-one (261) pairs of Nike Air Force 1 shoes;
      bb. One hundred six (106) pairs of Nike Air Jordan shoes;
      cc. Eleven (11) pairs of Nike Free Run 2 shoes;
      dd. Four (4) New Era / Nike Jordan hats;
      ee. Two (2) pairs of Seven for all Mankind jeans;
      ff. Eight (8) Coogi sweat sets;
      gg. Three (3) pairs of Gucci boots;
      hh. Seventy-one (71) Gucci hoodies;
      ii. Ten (10) pairs of Gucci shoes;
      jj. Eighty (80) Juicy Couture sweat sets;
      kk. Thirteen (13) Northface jackets;
      ll. Eighty-five (85) Ralph Lauren polo shirts;
      mm. Four (4) Dooney & Bourke, Gucci, and Louis Vuitton purses;
      nn. Two (2) Gucci purses;
      oo. One (1) pair of Louis Vuitton shoes;
      pp. One (1) Louis Vuitton umbrella;
      qq. Two (2) True Religion shirts;
      rr. Six (6) Burberry polo shirts;
      ss. One (1) Burberry purse;
      tt. One (1) Gucci pair of sweatpants;
      uu. Five (5) Louis Vuitton hoodies;
      vv. One (1) set of Louis Vuitton luggage;
      ww. Thirty-six (36) Caps NBA hats;
      xx. One (1) Prada purse;
      yy. One (1) Prada wallet;
      zz. One (1) Rolex watch;
      aaa. One (1) True Religion shirt; and
      bbb. Two (2) pairs of Uggs boots.

2. The above-listed property was used or intended to be used to commit or to promote the commission of violation of 18 U.S.C. § 2320(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the

Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

        5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b)(1), in which all interests will be addressed.

SO ORDERED.

Dated:  February 9, 2017

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge