PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00211-GEB |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MICHAEL TYRONE HAMPTON, | |
| Defendant. | |

WHEREAS, on or about February 10, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b)(1), based upon the plea agreement entered into between plaintiff and defendant Michael Tyrone Hampton forfeiting to the United States the following property:

    a. Three (3) pairs of Bose in-ear headphones;
    b. Seventy-One (71) Coach belts;
    c. One (1) pair of Coach sandals;
    d. Nineteen (19) Coach purses;
    e. Twelve (12) Coach wallets
    f. Two (2) Coogi shirts;
    g. One (1) Dolce & Gabbana purse;
    h. One (1) Ed Hardy sweatshirt;
    i. Eighteen (18) Gucci belts;
    j. Two (2) Gucci hats;
    k. One (1) pair of Gucci sunglasses;
    l. Nineteen (19) Gucci wallets;
    m. One (1) Juicy Couture purse;
    n. One (1) pair of Juicy Couture sweatpants;
    o. One (1) Juicy Couture sweatshirt;

1

p. One (1) Lacoste shirt;
q. One (1) Louis Vuitton hat;
r. Two (2) Louis Vuitton scarves;
s. One (1) Louis Vuitton jacket;
t. Ten (10) Louis Vuitton purses;
u. Thirty-six (36) Louis Vuitton wallets;
v. One (1) pair of LRG jeans;
w. One hundred thirty-nine (139) New Era MLB hats;
x. Three (3) New Era NBA hats;
y. Nineteen (19) Monster hats;
z. One (1) Hardwood Classics NBA hat;
aa. Two hundred sixty-one (261) pairs of Nike Air Force 1 shoes;
bb. One hundred six (106) pairs of Nike Air Jordan shoes;
cc. Eleven (11) pairs of Nike Free Run 2 shoes;
dd. Four (4) New Era / Nike Jordan hats;
ee. Two (2) pairs of Seven for all Mankind jeans;
ff. Eight (8) Coogi sweat sets;
gg. Three (3) pairs of Gucci boots;
hh. Seventy-one (71) Gucci hoodies;
ii. Ten (10) pairs of Gucci shoes;
jj. Eighty (80) Juicy Couture sweat sets;
kk. Thirteen (13) Northface jackets;
ll. Eighty-five (85) Ralph Lauren polo shirts;
mm. Four (4) Dooney & Bourke, Gucci, and Louis Vuitton purses;
nn. Two (2) Gucci purses;
oo. One (1) pair of Louis Vuitton shoes;
pp. One (1) Louis Vuitton umbrella;
qq. Two (2) True Religion shirts;
rr. Six (6) Burberry polo shirts;
ss. One (1) Burberry purse;
tt. One (1) Gucci pair of sweatpants;
uu. Five (5) Louis Vuitton hoodies;
vv. One (1) set of Louis Vuitton luggage;
ww. Thirty-six (36) Caps NBA hats;
xx. One (1) Prada purse;
yy. One (1) Prada wallet;
zz. One (1) Rolex watch;
aaa. One (1) True Religion shirt; and
bbb. Two (2) pairs of Uggs boots.

AND WHEREAS, beginning on February 14, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

2

Final Order of Forfeiture

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2323(b)(1), to be disposed of according to law, including all right, title, and interest of Michael Tyrone Hampton.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: April 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

Final Order of Forfeiture